IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAYE ROBINSON CASTLEBERRY,  )<br>)<br>Plaintiff;  )<br>)<br>v.  )<br>)<br>OMNI RECOVERY SERVICE OF  )<br>ALABAMA, INC, *et al.*,  )<br>)<br>Defendants.  ) | Case No. 2:12-cv-1130-TMP |

## ORDER OF DISMISSAL

Plaintiff Shaye Robinson Castleberry, jointly with all defendants, have filed a motion to dismiss with prejudice all claims and cross-claims. (Doc. 43). Accordingly, any and all claims or cross-claims brought in this action are DISMISSED WITH PREJUDICE, with costs taxed as paid.

DONE the 7th day of May, 2013.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE